UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------X
In re:                                          :    Chapter 13
                                                :
JOSEPH NORTON,                                  :    Case No. 24-42169 (ESS)
aka JOSEPH S. NORTON                            :
                                                :
      Debtor.                                   :
                                                :
-----------------------------------------------------------X
                                                :
ECP PROPERTY II LLC,                            :    Adv. Pr. No. 1-24-01063 (ESS)
                                                :
      Plaintiff,                                :
                                                :
      v.                                        :
                                                :
JOSEPH NORTON, 29 KERMIT PLACE                  :
LLC, 31 KERMIT OWNER LLC, 35                    :
KERMIT PLACE LLC, 771 HOPKINSON                 :
BOYLAND LLC, TAMEKA NORTON,                     :
NOEL NORTON, TAMIR NORTON,                      :
CAROLOTTA NORTON, SARATOGA                      :
LIVONIA, SMART KIDS R US, INC.,                 :
JEHOVAH-JIREH EL SHADDAI, LLC,                  :
and DOE, INC. 1 through 10 and JOHN             :
AND/OR JANE DOES 1 through 10                   :
                                                :
      Defendants.                               :
                                                :
-----------------------------------------------------------X
```

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff ECP Property II LLC ("ECP"), by and through undersigned counsel, by and through its attorneys, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, made applicable to this action by Rule 7041 of the Federal Rules of Bankruptcy Procedure, hereby voluntarily dismisses all its claims against Defendant/Debtor Joseph Norton, without prejudice. This adversary proceeding remains pending as to all remaining Defendants

pending resolution of the *Order to Show Cause Why This Adversary Proceeding Should Not Be Remanded to New York Supreme Court* [Adv. Doc. 7] (the "Show Cause Order") entered by the Court on July 29, 2024.

Dated: August 27, 2024

/s/ Jeremy S. Friedberg
Jeremy S. Friedberg
Friedberg PC
10045 Red Run Boulevard, Suite 160
Baltimore, Maryland 21117
(410) 581-7400
jeremy@friedberg.legal

*Attorney for ECP Property II LLC*

**The Adversary Proceeding No.: 1-24-01063-ESS is hereby dismissed without prejudice.**

**IT IS SO ORDERED.**

Dated: Brooklyn, New York
September 12, 2024



Elizabeth S. Stong
United States Bankruptcy Judge